```
                                             FILED
                                             Jun 12 2023
                                             Mark B. Busby
                                             CLERK, U.S. DISTRICT COURT
                                             NORTHERN DISTRICT OF CALIFORNIA
                                             SAN FRANCISCO
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MISTY SNOW et al., individually and on behalf of others similarly situated,

        *Plaintiffs*,

v.

ALIGN TECHNOLOGY, INC.,

        *Defendant.*

Case No. 3:23-MC-80055-VC

[~~PROPOSED~~] ORDER RE: STIPULATION REGARDING THIRD PARTY SUBPOENA TO NONPARTY ORTHOFI, INC.

    THIS MATTER is before the Court on the parties' Stipulation Regarding Third Party Subpoena to Nonparty OrthoFi, Inc. ("Stipulation").

    THE COURT, having reviewed the Stipulation and being fully advised, hereby APPROVES the Stipulation, and enters the following ORDER:

    The June 5, 2023 Order (ECF No. 31), is hereby VACATED.

    Plaintiffs will return and delete all copies of OrthoFi customer names and zip codes previously produced pursuant to the subpoena.

    Nonparty OrthoFi, Inc. ("OrthoFi") will then reproduce the anonymized data with rerandomized "Practice IDs" to protect OrthoFi customer identities, with corresponding zip codes for the anonymized Practice IDs.

    All data produced by OrthoFi is deemed "Highly Confidential – Attorney Eyes Only" pursuant to the August 6, 2021 Protective Order.

    After Plaintiffs confirmation of compliance with this Order, OrthoFi must produce the anonymized data on or before June 19th, 2023.

    IT IS SO ORDERED.

2

DATED this 12th day of June, 2023.

                BY THE COURT

                _____
                THOMAS S. HIXSON
                United States Magistrate Judge

4882-3293-2457.2